| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Horn, Marian B. | 2. Court or Organization United States Court of Federal Claims | 3. Date of Report 04/29/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge-Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address 717 Madison Place NW Washington, DC 20439 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | George Washington University Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 04/29/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2013 | GW Univ. Law School - Teaching | $22,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | DTE Engergy Co. - Pension |
| 2. 2013 | Patton Boggs LLP - Salary |
| 3. 2013 | Jackson Lewis P.C. - Salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Horn, Marian B.** | 04/29/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa and Master Card | Credit Card Loans | K |
| 2. | Wells Fargo | Partnership Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney Wash DC IRA Account | C | Int./Div. | O | T | | | | | |
| 2. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 3. -Abbott | A | Dividend | K | T | | | | | |
| 4. -Abbvie Inc. (X) | A | Dividend | K | T | Spinoff (from line 3) | 01/02/13 | J | | |
| 5. -Alcoa | A | Dividend | J | T | | | | | |
| 6. -Berkshire Hathaway Inc. CL- B New | | None | L | T | | | | | |
| 7. -Centurylink (Y) | | | | | | | | | |
| 8. -Cisco Sys | A | Dividend | K | T | | | | | |
| 9. -Cohen & Steers Quality Income and Realty Fund | A | Dividend | J | T | | | | | |
| 10. -Ebay | | None | L | T | | | | | |
| 11. -Google | | None | M | T | | | | | |
| 12. -Hospira | | None | J | T | | | | | |
| 13. -IBM | A | Dividend | K | T | | | | | |
| 14. -Interdigital | A | Dividend | L | T | | | | | |
| 15. -JP Morgan Chase | A | Dividend | J | T | | | | | |
| 16. -Location Base Tech (Y) | | | | | | | | | |
| 17. -Merck | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Natural Solutions (Y) | | | | | | | | | |
| 19. -Pfizer | A | Dividend | J | T | | | | | |
| 20. -PSA Inc New (Y) | | | | | | | | | |
| 21. -SPDR Gold Tr. | | None | J | T | | | | | |
| 22. -Wells Fargo | A | Dividend | J | T | | | | | |
| 23. Morgan Stanley Smith Barney Wash DC PM IRA Account | D | Dividend | N | T | | | | | |
| 24. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 25. -BlackRock Equity Div | A | Dividend | K | T | Buy | 01/03/13 | K | | |
| 26. | | | | | Sold (part) | 05/13/13 | J | A | |
| 27. | | | | | Buy | 10/21/13 | J | | |
| 28. -Fidelity Adv Biotechnology | A | Dividend | J | T | Buy | 5/13/13 | J | | |
| 29. | | | | | Sold | 10/08/13 | J | A | |
| 30. | | | | | Buy | 10/24/13 | J | | |
| 31. -Guggenheim Mlti Hedge Strat | | None | J | T | Buy | 01/03/13 | J | | |
| 32. -ING Global Real Estate | A | Dividend | J | T | Buy | 01/03/13 | J | | |
| 33. | | | | | Buy | 05/13/13 | J | | |
| 34. -Investco Balanced Risk | B | Dividend | K | T | Buy | 01/03/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 10/21/13 | J | | |
| 36. -Investco Developing Mkts | A | Dividend | J | T | Buy | 01/03/13 | J | | |
| 37. -Ivy Asset Strategy | A | Dividend | J | T | Buy | 01/03/13 | J | | |
| 38. -Ivy Mid-Cap Growth | A | Dividend | J | T | Buy | 01/03/13 | J | | |
| 39. -Ivy Science and Tech | A | Dividend | K | T | Buy | 05/13/13 | K | | |
| 40. | | | | | Sold (part) | 10/21/13 | J | A | |
| 41. -Loomis Sayles Bond Inst | A | Dividend | J | T | Buy | 01/03/13 | K | | |
| 42. | | | | | Buy | 03/26/13 | J | | |
| 43. | | | | | Sold (part) | 05/13/13 | J | A | |
| 44. -Loomis Sayles Strat Alpha | A | Dividend | J | T | Buy | 05/13/13 | J | | |
| 45. | | | | | Buy | 10/21/13 | J | | |
| 46. -MFS Value | A | Dividend | K | T | Buy | 01/03/13 | K | | |
| 47. | | | | | Sold (part) | 05/13/13 | J | A | |
| 48. -Oppenheimer Intl Growth | A | Dividend | K | T | Buy | 01/03/13 | J | | |
| 49. -PIMCO All Asset | A | Dividend | J | T | Buy | 01/03/13 | J | | |
| 50. -Royce Total Return | A | Dividend | J | T | Buy | 01/03/13 | J | | |
| 51. -Templeton Glb Tot Rtn | A | Dividend | K | T | Buy | 01/03/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 05/13/13 | J | A | |
| 53. | | | | | Buy | 10/21/13 | J | | |
| 54. -Thornburg Intl Value | A | Dividend | K | T | Buy | 01/03/13 | J | | |
| 55. | | | | | Buy | 10/21/13 | J | | |
| 56. -Touchtone Sands Cap Sel | A | Dividend | K | T | Buy | 01/03/13 | K | | |
| 57. | | | | | Sold (part) | 05/13/13 | J | A | |
| 58. | | | | | Sold (part) | 10/21/13 | J | A | |
| 59. 2nd Smith Barney IRA Account | B | Dividend | K | T | | | | | |
| 60. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 61. -Blackrock Global Energy and Resources | B | Dividend | J | T | | | | | |
| 62. -DTE Energy | A | Dividend | J | T | | | | | |
| 63. - Ebay | | None | K | T | | | | | |
| 64. -Templeton Emerg Markets Fund | A | Dividend | J | T | | | | | |
| 65. (H) Morgan Stanley Smith Barney Brokerage Account | D | Int./Div. | M | T | | | | | |
| 66. -Citibank NA So. Dakota Bank Deposit Program | A | Interest | L | T | | | | | |
| 67. -CBS Corp Cl B | A | Dividend | K | T | | | | | |
| 68. -CEF Invesco Value (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Franklin Insured TX FR | B | Dividend | | | Sold | 06/10/13 | L | | |
| 70.  -Invesco Value Municipal Income | A | Dividend | | | Sold | 06/10/13 | K | | |
| 71.  -Invesco VK High Yield muni A | A | Dividend | | | Sold | 06/10/13 | K | | |
| 72.  -Mirant Corp Esc (Y) | | | | | | | | | |
| 73.  -Morgan Stanley Cap Trust (MSZ) | A | Dividend | | | Sold | 06/10/13 | J | | |
| 74.  -Norfolk Southern Corp (X) | B | Dividend | K | T | Sold (part) | 12/24/13 | K | D | |
| 75.  -Nuveen Municipal Value FD | B | Interest | | | Sold | 06/10/13 | L | | |
| 76.  -Phillips 66 Com | A | Dividend | J | T | | | | | |
| 77.  -Southern Co | A | Dividend | | | Sold | 04/11/13 | K | | |
| 78.  -SPDR Gold Tr Gold SHS | | None | | | Sold | 12/24/13 | J | | |
| 79.  -Unit IMIT Municipal Insured Long Term Series ▮ MPS | A | Interest | | | Sold | 06/10/13 | J | A | |
| 80.  -Unit IMIT Municipal Insured Long Term Series ▮ MPS | A | Interest | | | Redeemed | 01/25/13 | J | | |
| 81. | | | | | Sold | 06/10/13 | J | A | |
| 82. | | | | | Redeemed | 06/25/13 | J | | |
| 83.  -Unit IMIT Municipal Insured Long Term Series ▮ MPS | A | Interest | | | Redeemed | 01/25/13 | J | | |
| 84. | | | | | Sold (part) | 04/11/13 | J | | |
| 85. | | | | | Sold (part) | 06/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Verizon Communications | A | Dividend | J | T | | | | | |
| 87. -Viacom Inc New Class B | A | Dividend | K | T | | | | | |
| 88. -WGL Hldgs INC | A | Dividend | J | T | | | | | |
| 89. (H) Estate Account ▓▓▓▓▓ ▓▓▓ | | | | | | | | | |
| 90. -Conoco Phillips | A | Dividend | J | T | Sold (part) | 03/21/13 | J | A | |
| 91. -Group Cap 1 (X part) | A | Dividend | J | T | | | | | |
| 92. -Unit IMIT Municipal Insured Long Term Series ▓▓ MPS | A | Interest | | | Redeemed | 01/08/13 | J | | |
| 93. Stamp Collection | | None | K | T | | | | | |
| 94. Residential Property, Washington, DC | D | Rent | N | W | | | | | |
| 95. Residential Property, Washington, DC (X) | | None | N | W | | | | | |
| 96. Patton Boggs 401k | C | Int./Div. | M | T | | | | | |
| 97. -Berkshire Hathaway Inc Del CLB | A | Dividend | M | T | | | | | |
| 98. -M&I Stable PPL fund | A | Interest | J | T | | | | | |
| 99. -Marshall Prime Money Market CLI | A | Interest | K | T | | | | | |
| 100. (H) Patton Boggs Defined Benefits Plan (X) | D | Interest | M | T | | | | | |
| 101. The Carbon Project | | None | K | T | | | | | |
| 102. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Horn, Marian B. | 04/29/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Information about Patton Boggs Defined Benefits Plan was omitted from last year's report because we never received any documentation of this account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marian B. Horn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544